IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ANIL K. LAXMAN., <br><br> Plaintiff, <br><br> v. <br><br> The STATE OF UTAH; and the UNIVERSITY OF UTAH, a government institution of Higher Education, <br><br> Defendants. | **ORDER** <br><br> Civil No. 2:23-CV-00274-DAK-CMR <br><br> Judge Dale A. Kimball <br><br> Magistrate Judge Cecilia M. Romero |

On September 19, 2023, Defendants filed a Motion to Dismiss. On November 7, 2023, Plaintiff filed a Second Amended Complaint [ECF No. 21]. The court, therefore, concludes that Defendant's Motion to Dismiss is moot because it was filed in relation to the First Amended Complaint [ECF No. 4], and the active pleading is now the Second Amended Complaint. Accordingly, Defendant's Motion to Dismiss is DENIED AS MOOT.

DATED this 8th day of November 2023.

BY THE COURT:

Dale A. Kimball
United States District Judge